IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHANNON MONTGOMERY**                                                                 **PLAINTIFF**

VS.                                      No. 3:22-cv-00257 PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
     **Social Security Administration**                                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE